Anthony J. Anscombe (SBN 135883)
*aanscombe@steptoe.com*
STEPTOE & JOHNSON LLP
1 Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone:  (415) 365-6700
Facsimile:   (415) 365-6699

Melanie A. Ayerh (SBN 303211)
*mayerh@steptoe.com*
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-3033
Telephone:  (213) 439-9432
Facsimile:   (213) 439-9599

*Attorneys for Defendants,*
THE HARTFORD FINANCIAL SERVICES GROUP, INC. and
SENTINEL INSURANCE COMPANY, LIMITED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWERS BY ADELAIDE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC. and SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendants. | Case No.: 3:20-CV-02344-DMS-AHG<br><br>*Hon. Dana M. Sabraw, presiding*<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANT THE HARTFORD FINANCIAL SERVICES GROUP, INC. ONLY WITHOUT PREJUDICE**<br><br>Complaint Served: December 11, 2020<br>Am. Complaint Served: Jan. 11, 2021<br>Response Due: Feb. 16, 2021 |

1  IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff Flowers by Adelaide, Inc. ("Plaintiff") and Defendants The Hartford Financial Services Group, Inc. and Sentinel Insurance Company, Limited, that Plaintiff's claims against The Hartford Financial Services Group, Inc. only shall be dismissed <u>without prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Nothing contained herein shall waive or modify any rights of the parties, except as set forth herein, and all such rights are hereby reserved.

Dated:  February 10, 2021         Respectfully submitted by,

STEPTOE & JOHNSON LLP

s/ Anthony J. Anscombe*
Anthony J. Anscombe
State Bar No. 135883
aanscombe@steptoe.com
1 Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone:  (415) 365-6700
Facsimile:  (415) 365-6699

Melanie A. Ayerh, State Bar No. 303211
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-3033
Telephone:  (213) 439-9432
Facsimile:  (213) 439-9599

*Counsel for Defendants The Hartford Financial Services Group, Inc. and Sentinel Insurance Company, Limited*

Dated:  February 10, 2021         GRANT & EISENHOFER P.A.

s/ M. Elizabeth Graham

| | |
|---|---|
| 1 | M. Elizabeth Graham, State Bar No. 177882 |
| 2 | egraham@gelaw.com |
| 3 | Adam J. Gomez (pro hac vice forthcoming) |
|   | agomez@gelaw.com |
| 4 | One Market Street |
| 5 | Spear Tower, Suite 3600 |
|   | San Francisco, CA 94105 |
| 6 | Telephone:   (415) 293-8210 |
| 7 | Facsimile:   (415) 789-4367 |
| 8 | *Counsel for Plaintiff and the Proposed* |
| 9 | *Class* |

\* I attest, pursuant to Local Rule 5-1, that Plaintiff's counsel M. Elizabeth Graham concurs in this filing's content and has authorized the filing.

3    Case No.: 3:20-CV-02344-DMS-AHG
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THE HARTFORD FINANCIAL SERVICES GROUP, INC. WITHOUT PREJUDICE