|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FLOWERS BY ADELAIDE, INC., | Case No.: 3:20-cv-2344-DMS-AHG |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |
| vs. | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. and SENTINEL INSURANCE COMPANY, LTD, | |
| Defendants. | Hearing Date: May 28, 2021<br>Time: 1:30 p.m.<br>Ctrm: 13A<br>Judge: The Hon. Dana M. Sabraw |

1

Case No.:3:20-CV-02344-DMS-AHG

ORDER

Pending before the Court is the parties' Joint Motion for an Order that establishes a briefing schedule for Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint (ECF No. 22).

Good cause having been shown,

**IT IS HEREBY ORDERED** that

1. Plaintiff Flowers by Adelaide, Inc. shall respond to Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint on or before April 9, 2021; and

2. Defendant Sentinel Insurance Company, Limited shall file its reply in support of its Motion to Dismiss Plaintiff's First Amended Class Action Complaint on or before April 23, 2021.

**IT IS SO ORDERED.**

Dated: April 5, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court